IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>1:21-cv-1340</u>, Case Name <u>Bedford, Freeman & Worth Publishing Group, LLC, et al v. Shopify Inc.</u>
Party Represented by Applicant: <u>Shopify Inc.</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Sarang Vijay Damle</u>
Bar Identification Number <u>1619619</u>    State <u>D.C.</u>
Firm Name <u>Latham & Watkins LLP</u>
Firm Phone # <u>(202) 637-2200</u>    Direct Dial # <u>(202) 637-3332</u>    FAX # <u>(202) 637-2201</u>
E-Mail Address <u>sy.damle@lw.com</u>
Office **Mailing** Address <u>555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304</u>

Name(s) of federal court(s) in which I have been admitted <u>1st Cir.,2nd Cir.,4th Cir.,5th Cir.,7th Cir.,9th Cir.,10th Cir., D.C. Cir., Fed. Cir., US Supreme Court</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ David L. Johnson                12/13/2021
(Signature)                          (Date)
David L. Johnson                    89289
(Typed or Printed Name)             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED ✓ *

/s/ JFA
John F. Anderson                    DEC. 20, 2021
United States Magistrate Judge
(Judge's Signature)                 (Date)

\* Local Civil Rule 83.1(D) requires applicant to be admitted to practice in a United States District Court of another state.