UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SHOPIFY INC.,<br><br>    Defendant. | Case No. 1:21-cv-01340-CMH-JFA |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby respectfully jointly move for entry of the attached proposed Stipulated Protective Order.

Dated:  March 30, 2022

*/s/ Jessica Stebbins Bina*

David L. Johnson (VSB No. 89289)
Sarang Vijay Damle (*pro hac vice*)
Elana Nightingale Dawson (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice* application pending)
Nicholas L. Schlossman (*pro hac vice* application pending)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax
Email: david.johnson@lw.com
Email: sy.damle@lw.com
Email: elana.nightingaledawson@lw.com
Email: nicholas.schlossman@lw.com

Respectfully submitted,

*/s/ Scott A. Zebrak*

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (38729)
Michele H. Murphy (*pro hac vice*)
Corey Miller (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com
scott@oandzlaw.com
michele@oandzlaw.com
corey@oandzlaw.com

*Attorneys for Plaintiffs*

Andrew M. Gass (*pro hac vice*)
Joseph R. Wetzel (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax
Email: andrew.gass@lw.com
Email: joe.wetzel@lw.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200 / (212) 751-4864 Fax
Email: alli.stillman@lw.com

Jessica Stebbins Bina (*pro hac vice*)
Elizabeth A. Greenman (*pro hac vice*
application pending)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5000 / (424) 653-5501 Fax
Email: jessica.stebbinsbina@lw.com
Email: elizabeth.greenman@lw.com

*Attorneys for Defendant Shopify Inc.*

## **CERTIFICATE OF SERVCE**

      I HEREBY CERTIFY that on March 30, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

                                                  */s/ Scott A. Zebrak*
                                                  Scott A. Zebrak