# EXHIBIT 6

```
Type of Work:      Text

Registration Number / Date:
                   TX0007212648 / 2010-07-12

Application Title: OWN THE ROOM: BUSINESS PRESENTATIONS THAT PERSUADE, ENGAGE
                      & GET RESULTS.

Title:             OWN THE ROOM: BUSINESS PRESENTATIONS THAT PERSUADE, ENGAGE
                      & GET RESULTS.

Description:       Book, 272 p.

Copyright Claimant:
                   PETER DESBERG.
                   DAVID BOOTH.
                   DEBORAH SHAMES.

Date of Creation:  2010

Date of Publication:
                   2010-05-06

Nation of First Publication:
                   United States

Authorship on Application:
                   PETER DESBERG; Domicile: United States; Citizenship: United
                      States. Authorship: AUTHOR OF ENTIIRE WORK.
                   DAVID BOOTH; Domicile: United States; Citizenship: United
                      States. Authorship: AUTHOR OF ENTIRE WORK.
                   DEBORAH SHAMES; Domicile: United States; Citizenship:
                      United States. Authorship: AUTHOR OF ENTIRE WORK.

ISBN:              0071628592

Names:             DESBERG, PETER
                   BOOTH, DAVID
                   SHAMES, DEBORAH

================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007233988 / 2010-09-28

Application Title: MILLION DOLLAR SPEAKING: THE PROFESSIONAL'S GUIDE TO
                     BUILDING YOUR PLATFORM.

Title:               MILLION DOLLAR SPEAKING: THE PROFESSIONAL'S GUIDE TO
                     BUILDING YOUR PLATFORM.

Description:         Book, 370 p.

Copyright Claimant:
                     ALAN WEISS.

Date of Creation:    2010

Date of Publication:
                     2010-07-05

Nation of First Publication:
                     United States

Authorship on Application:
                     ALAN WEISS; Domicile: United States; Citizenship: United
                        States. Authorship: AUTHOR OF ENTIRE WORK.

ISBN:                0-07-174380-4

Names:               WEISS, ALAN

================================================================================
```

```
Type of Work:      Text

Registration Number / Date:
                   TX0007186793 / 2010-05-07

Application Title: WATER AND WASTEWATER ENGINEERING: DESIGN PRINCIPLES AND
                     PRACTICES.

Title:             WATER AND WASTEWATER ENGINEERING: DESIGN PRINCIPLES AND
                     PRACTICES.

Description:       Book, 1 v.

Copyright Claimant:
                   MACKENZIE L DAVIS.

Date of Creation:  2010

Date of Publication:
                   2010-03-08

Nation of First Publication:
                   United States

Authorship on Application:
                   MACKENZIE L DAVIS; Domicile: United States; Citizenship:
                     United States. Authorship: text, photograph(s), artwork.

Pre-existing Material:
                   text, photographs, artwork.

Basis of Claim:    text, photographs, artwork.

ISBN:              0071713840

Names:             DAVIS, MACKENZIE L

================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007585251 / 2012-09-05

Application Title: Emotional Vampires: Dealing with People Who Drain You Dry,
                     Revised and Expanded 2nd Edition.

Title:               Emotional Vampires: Dealing with People Who Drain You Dry,
                     Revised and Expanded 2nd Edition.

Description:         Book, 260 p.

Copyright Claimant:
                     Albert J. Bernstein.

Date of Creation:    2012

Date of Publication:
                     2012-05-25

Nation of First Publication:
                     United States

Authorship on Application:
                     Albert J. Bernstein; Domicile: United States; Citizenship:
                        not known. Authorship: EDITORIAL REVISIONS, NEW AND
                        REVISED TEXT.

Previous Registration:
                     2000, TX 5-309-005.

Pre-existing Material:
                     artwork, PREVIOUS EDITION.

Basis of Claim:      EDITORIAL REVISIONS, NEW AND REVISED TEXT.

ISBN:                0071790950

Names:               Bernstein, Albert J.

===============================================================================
```

```
Type of Work:      Text

Registration Number / Date:
                   TX0006353533 / 2006-05-15

Title:             Geometric dimensioning and tolerancing for mechanical
                      design.

Copyright Claimant:
                   Gene R. Cogorno

Date of Creation:  2006

Date of Publication:
                   2006-03-28

Copyright Note:    Cataloged from appl. only.

Names:             Cogorno, Gene R.

================================================================================
```

```
Type of Work:      Text

Registration Number / Date:
                   TX0006562331 / 2007-02-15

Title:             The essential Wooden : a lifetime of lessons on leaders and
                      leadership.

Copyright Claimant:
                   John Wooden & Steve Jamison

Date of Creation:  2006

Date of Publication:
                   2006-12-04

Previous Registration:
                   Some text preexisting & photos by others.

Basis of Claim:    New Matter: additional text, ill. & photos.

Copyright Note:    Cataloged from appl. only.

Names:             Wooden, John
                   Jamison, Steve


================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006998600 / 2009-08-07

Application Title: MILLION DOLLAR CONSULTING: THE PROFESSIONAL'S GUIDE TO
                     GROWING A PRACTICE, FOURTH EDITION.

Title:               MILLION DOLLAR CONSULTING: THE PROFESSIONAL'S GUIDE TO
                     GROWING A PRACTICE, FOURTH EDITION.

Description:         Book, 390 p.

Copyright Claimant:
                     ALAN WEISS.

Date of Creation:    2009

Date of Publication:
                     2009-06-22

Nation of First Publication:
                     United States

Authorship on Application:
                     ALAN WEISS; Domicile: United States; Citizenship: United
                       States. Authorship: EDITORIAL REVISIONS NEW AND REVISED
                       MATERIAL.

Previous Registration:
                     N/A, N/A.
                     N/A, N/A.

Pre-existing Material:
                     text, PREVIOUS EDITION; CONTAINS.

Basis of Claim:      EDITORIAL REVISIONS NEW AND REVISED MATERIAL.

ISBN:                0071622101

Names:               WEISS, ALAN

===============================================================================
```

```
Type of Work:      Text

Registration Number / Date:
                   TX0007283697 / 2010-06-24

Application Title: THEORY OF CONSTRAINTS HANDBOOK.

Title:             THEORY OF CONSTRAINTS HANDBOOK.

Description:       Book, 1175 p.

Copyright Claimant:
                   JAMES F COX.
                   JOHN G SCHLEIER.

Date of Creation:  2010

Date of Publication:
                   2010-04-30

Nation of First Publication:
                   United States

Authorship on Application:
                   JAMES F COX; Domicile: United States; Citizenship: United
                      States. Authorship: AUTHOR OF EDITING; TEXT AND ARTWORK.
                   JOHN G SCHLEIER; Domicile: United States; Citizenship:
                      United States. Authorship: AUTHOR OF EDITING; TEXT AND
                      ARTWORK.

Pre-existing Material:
                   PREEXISTING TEXT AND ARTWORK.

Basis of Claim:    EDITING; TEXT AND ARTWORK.

Copyright Note:    Regarding deposit: Work deposited is a collective work.

ISBN:              0071665544

Names:             COX, JAMES F
                   SCHLEIER, JOHN G

================================================================================
```

```
Type of Work:      Text

Registration Number / Date:
                   TX0007710645 / 2013-05-30

Application Title: INFLUENCER: THE NEW SCIENCE OF LEADING CHANGE, REVISED AND
                     UPDATED SECOND EDITION.

Title:             INFLUENCER: THE NEW SCIENCE OF LEADING CHANGE, REVISED AND
                     UPDATED SECOND EDITION.

Description:       Book.

Copyright Claimant:
                   VITALSMARTS, LLC.

Date of Creation:  2013

Date of Publication:
                   2013-04-17

Nation of First Publication:
                   United States

Authorship on Application:
                   VITALSMARTS, LLC, employer for hire; Domicile: United
                     States; Citizenship: United States. Authorship:
                     EDITORIAL REVISIONS NEW AND REVISED TEXT.

Previous Registration:
                   N/A, N/A.
                   N/A, N/A.

Pre-existing Material:
                   PREVIOUS EDITION; TEXT.

Basis of Claim:    EDITORIAL REVISIONS NEW AND REVISED TEXT.

ISBN:              0071809791

Names:             VITALSMARTS, LLC
                   VITALSMARTS, LLC.

===============================================================================
```