# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SHOPIFY INC., *et al.*, <br><br> Defendant. | Case No. 1:21-cv-01340-CMH-JFA |

## PLAINTIFFS' NOTICE OF ELECTION OF STATUTORY DAMAGES

Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., McGraw Hill LLC, Pearson Education, Inc., Macmillan Holdings, LLC, and Elsevier B.V. hereby give notice that in accordance with 17 U.S.C. § 504(c) and 15 U.S.C. § 1117(c), they elect to recover statutory damages in connection with the above-captioned case.

Dated: March 17, 2022

Respectfully submitted,

  /s/ Scott A. Zebrak
Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (38729)
Michele H. Murphy (*pro hac vice*)
Corey Miller (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com

        scott@oandzlaw.com
        michele@oandzlaw.com
        corey@oandzlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served via Electronic Mail on the 17th day of March, 2022, upon counsel of record.

Dated: March 17, 2022

/s/ Scott A. Zebrak