IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BEDFORD, FREEMAN & WORTH )
PUBLISHING GROUP, LLC dba )
MACMILLAN LEARNING, *et al.*, )
                                             )
          Plaintiffs, )
                                             ) Civil Action No. 1:21cv1340 (CMH/JFA)
v. )
                                             )
SHOPIFY INC., )
                                           )
          Defendant. )
                                           )

## ORDER

This matter is before the court on the parties' motions to compel. (Docket nos. 52, 55, and 60). Having reviewed the motions, memoranda in support, oppositions, and replies, and having considered the arguments of counsel, it is hereby

ORDERED that each of the motions to compel are granted in part and denied in part for the reasons stated from the bench.

Entered this 29th day of April, 2022.

                                                                       /s/
                                                        John F. Anderson
                                                        John F. Anderson
                                                        United States Magistrate Judge

Alexandria, Virginia