UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SHOPIFY INC., *et al.*,<br><br>    Defendant. | Case No. 1:21-cv-01340-CMH-JFA |

**NOTICE OF PLAINTIFFS' SUBMISSION OF AMENDED EXHIBIT A TO COMPLAINT**

    Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier B.V., Elsevier Inc., Macmillan Holdings, LLC, McGraw Hill LLC, and Pearson Education, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit an amended Exhibit A to their Complaint, in accordance with the Court's Scheduling Order.  Proposed Modified Joint Proposed Plan Pursuant to Rule 26(f) at 5-6 (setting deadline to amend Exhibit A to Complaint as of right), ECF No. 45; Rule 16(B) Scheduling Order at 1 (approving Joint Discovery Plan), ECF No. 46.  The amended Exhibit A to the Complaint is attached hereto.  This submission is without prejudice to Plaintiffs' right to further amend Exhibit A.

Dated:  May 2, 2022　　　　　　　　　　　　　　Respectfully submitted,

                                                               */s/ Scott A. Zebrak*
                                                              Matthew J. Oppenheim (*pro hac vice*)
                                                              Scott A. Zebrak (38729)
                                                               Michele H. Murphy (*pro hac vice*)
                                                               Corey Miller (*pro hac vice*)

Jeff Kane (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com
scott@oandzlaw.com
michele@oandzlaw.com
corey@oandzlaw.com
jkane@oandzlaw.com

*Attorneys for Plaintiffs*