UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC d/b/a MACMILLAN
LEARNING, *et al.*,

     Plaintiffs,

v.

SHOPIFY INC.,

     Defendant.

Case No. 1:21-cv-01340-CMH-JFA

## STIPULATED DISMISSAL

Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., McGraw Hill LLC, Pearson Education, Inc., Macmillan Holdings, LLC, and Elsevier B.V (collectively, "Plaintiffs") and Shopify, Inc. ("Shopify" or "Defendant"), having resolved the above-captioned action, hereby stipulate to this action's dismissal and jointly request this action be dismissed with prejudice, with the Plaintiffs and Defendant to bear their own fees and costs.

Dated:  October 3, 2022

Respectfully submitted,

<u>*/s/ Laura E. Bladow*</u>

David L. Johnson (VSB No. 89289)
Sarang Vijay Damle (*pro hac vice*)
Elana Nightingale Dawson (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
Nicholas L. Schlossman (*pro hac vice*)
Laura E. Bladow (VSB No. 93395)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

<u>*/s/ Scott A. Zebrak*</u>

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (38729)
Michele H. Murphy (*pro hac vice*)
Corey Miller (*pro hac vice)*
Jeff Kane (*pro hac vice)*
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax

Email: david.johnson@lw.com
Email: sy.damle@lw.com
Email: elana.nightingaledawson@lw.com
Email: nicholas.schlossman@lw.com
Email: laura.bladow@lw.com

Andrew M. Gass (*pro hac vice*)
Joseph R. Wetzel (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax
Email: andrew.gass@lw.com
Email: joe.wetzel@lw.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200 / (212) 751-4864 Fax
Email: alli.stillman@lw.com

Jessica Stebbins Bina (*pro hac vice*)
Elizabeth A. Greenman (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5000 / (424) 653-5501 Fax
Email: jessica.stebbinsbina@lw.com
Email: elizabeth.greenman@lw.com

Melanie Grindle (*pro hac vice*)
Adam A. Herrera (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858)523-5450 Fax
Email: melanie.grindle@lw.com
Email: adam.herrera@lw.com

*Attorneys for Defendant Shopify Inc.*

matt@oandzlaw.com
scott@oandzlaw.com
michele@oandzlaw.com
corey@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*